```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 41248
    GREGORY DEAN SORRELL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-4806

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/05/2004 and was confirmed 01/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID             PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED           8208.03          632.41          4953.05
CAPITAL ONE AUTO FIN      UNSECURED       NOT FILED             .00              .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG   49272.90              .00         49272.90
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE    4685.70              .00          2964.37
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00              .00
CHASE CARD SERVICES       UNSECURED        1423.15              .00              .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00              .00
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED        1376.79              .00              .00
RESURGENT ACQUISITION LL  UNSECURED         735.86              .00              .00
TRU GREEN CHEMLAWN        UNSECURED       NOT FILED             .00              .00
VILLAGE OF MAYWOOD        SECURED NOT I     289.65              .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                           3,612.47
DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                64,135.20

PRIORITY                                          .00
SECURED                                     57,190.32
    INTEREST                                   632.41
UNSECURED                                         .00
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         3,612.47
DEBTOR REFUND                                     .00
                       --------------       --------------
TOTALS                 64,135.20            64,135.20
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 41248 GREGORY DEAN SORRELL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/24/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |